NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEBOLO-WATTS CONSTRUCTORS 01 JV, LLC,**
*Appellant*

**v.**

**SECRETARY OF THE ARMY,**
*Appellee*

---

2019-1420

---

Appeal from the Armed Services Board of Contract Appeals in Nos. 59738, 59909, Administrative Judge Owen C. Wilson, Administrative Judge Reba Page, Administrative Judge Richard Shackleford.

---

## JUDGMENT

---

HERMAN MARTIN BRAUDE, Braude Law Group, P.C., Rockville, MD, argued for appellant.

DANIEL B. VOLK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee.  Also represented by JOSEPH H. HUNT, ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* O'MALLEY and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 20, 2020          /s/ Peter R. Marksteiner
       Date             Peter R. Marksteiner
                        Clerk of Court